Exhibit A

1   courtdocs@dickinsonwright.com

2   Katherine Anderson Sanchez, SBN 030051
    DICKINSON WRIGHT PLLC
3   1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85004
4   Phone: (602) 285-5000
    Fax: (844) 670-6009
5   ksanchez@dickinsonwright.com
    *Attorneys for Plaintiff Wells Fargo Bank, NA*
6

7                IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ARIZONA

9

10  Wells Fargo Bank, N.A.,              Case No. 2:17-02492-PHX-DJH

                      Plaintiff,
11
    v.
12                                       **DECLARATION OF CYNTHIA
    PenbenLA, a California entity, Equa  BENNETT-PARKS IN SUPPORT OF
13  Gaming, an Arizona general partnership, MOTION FOR SUMMARY
    Victor Carrillo, an individual, Dana M. JUDGMENT AS TO DEFENDANT
14  Brannan, an individual, and Does I-X,  FERRUGGIO INSURANCE
                                          SERVICES OF L.A. DOING
15                    Defendants.         BUSINESS AS PENBENLA ON
                                          COUNT ONE**
16

17

18

19

20       I, Cynthia Bennett-Parks, hereby declare and state as follows:

21       1.      I make this declaration of my own knowledge and I am competent to

22  testify to the matters contained herein.

23       2.      I make this declaration in support of Plaintiff's *Motion for Summary*

24  *Judgment as to Defendant Ferruggio Insurance Services of L.A. doing business as*

25  *PenbenLA on Count One* ("MSJ"). I have reviewed the facts alleged in the MSJ and the

26  *Separate Statement of Facts in Support of Plaintiff's Motion for Summary Judgment as*

                                     -1-

*to Defendant Ferruggio Insurance Services of L.A. doing business as PenbenLA on Count One* ("SOF"). To the best of my knowledge, the facts alleged in the MSJ and the SOF are true and accurate.

3.      I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") as Financial Crimes Consultant. My duties as a Financial Crimes Consultant include case investigation and resolution.

4.      I have been employed by Wells Fargo for 32 years and am authorized to make this declaration on its behalf.

5.      I am familiar with Wells Fargo's retention policies and practices for its branches located in the United States, specifically in the Phoenix, Arizona area, and have the authorization and ability to locate records of Wells Fargo accounts from Wells Fargo branches throughout the United States.

6.      The image of the Check, as defined herein, attached as Exhibit B to the SOF and the Statement, as defined herein, attached as Exhibit D to the SOF (collectively the "Records"), are true and correct copies of the documents in Wells Fargo's records. The Records were created at or near the time of the event they record and it is the regular practice of Wells Fargo to keep records of this type and to retain those records. The Records were kept in the ordinary course of Wells Fargo's regularly conducted business activities.

7.      After opening an account, the customer is given a copy of the application(s) and the relevant account agreement.

8.      On May 28, 2004, Victor Carrillo opened a Wells Fargo consumer account ending in 4321 by executing a Consumer Account Application (the "Application").

9.      On August 28, 2009, Carrillo and Brannan opened a business checking

-2-

account ending 4583 in the name of Equa Gaming (the "Account") by executing a Business Account Application.

10.    Wells Fargo tracks activity for its accounts in an online computer system. All activity and transactions for all accounts are recorded in the system at or near the time the activity occurs. Wells Fargo uses this recorded information to generate regular account statements.

11.    From the information recorded in the online computer system, Wells Fargo generates regular statements for its accounts. Statements are generated for a particular time period shortly after the close of the time period. The information reflected on the statements is recorded by Wells Fargo at or near the time that the transaction occurs. The statements are provided to the customer and retained by Wells Fargo in the ordinary course of its business operations.

12.    Shortly after March 31, 2016, Wells Fargo generated the Combined Statement of Accounts for the account ending 4583 (the "Statement"). SOF, Exhibit D. The Statement reflects all activity on the Account between March 1, 2016 and March 31, 2016.

13.    The activity within the given time period was recorded in Wells Fargo's system at or near the time the transactions reflected therein took place. It is the regular practice of Wells Fargo to make a record of this type and to retain the record. The Statement was kept by Wells Fargo in the ordinary course of Wells Fargo's regularly conducted business activity.

14.    As reflected in the Statement, on March 12, 2016 ("a Saturday"), check number 2630 (the "Check"), was deposited in to the Account at a Wells Fargo branch in Culver City, California.

15.    Wells Fargo accepted the Check for processing in the ordinary course.

16. The Check did not bear any evidence of forgery or alteration and was not incomplete or irregular in any respect.

17. Wells Fargo did not have notice that the Check was overdue or had been dishonored or that there was an uncured default with respect to payment of another instrument issued as part of the same series.

18. Wells Fargo did not have notice that the Check contained an unauthorized signature or had been altered.

19. Wells Fargo did not have notice of any claims described in Section 3-306 of the Uniform Commercial Code ("U.C.C.").

20. Wells Fargo did not have notice that any party had a defense or claim in recoupment described in U.C.C. Section 3-305(a).

21. On March 14, 2016, $100,000 was deposited and credited to the Account.

22. On March 16, 2016, Pacific Western Bank returned the Check unpaid to Wells Fargo with a stop payment.

23. The Check was returned in electronic format as an Image Replacement Document ("IRD") on or about March 16, 2016. This is consistent with Wells Fargo's regular practices.

24. Wells Fargo has continuously possessed the IRD for the Check since it was returned from Pacific Western Bank.

25. Wells Fargo is currently in possession of the IRD for the Check.

26. On March 16, 2016, Wells Fargo reversed the $100,000 credit posted to the Account on March 14, 2018. After the reversal of the $100,000 credit, the Account was overdrawn in an amount which exceeded $100,000.

27. Wells Fargo has made demand for payment of the Check on Ferruggio Insurance Services of L.A. doing business as PenbenLA. No payment has been received

-4-

1

to date.

2

    I declare under penalty of perjury that the foregoing is true and correct.

3

4

    Executed this 31st day of July, 2018.

5

6

7

          /s/ 

PHOENIX 16019-70 482523v1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# Exhibit B





**Operation Image Browser 2.0**

*Dep Date*

| | | | | | | |
|---|---|---|---|---|---|---|
| **Site** | VIEWPOINTE | **Paid Date** | 03142016 | **Serial No** | ▉02630 |
| **Routing** | ▉820 | **Account** | ▉4583 | **PC** | - |
| **Amount** | 100000.00 | **Sequence** | ▉619 | **Capture Source** | 00005501 |

→ **Return Reason:Stop Payment**

**Decision Description:CHARGE BACK**

**Front Black & White Image**



**Back Black & White Image**



WF-EQUAFD000022

Exhibit C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Wells Fargo Bank, N.A.,<br><br>          Plaintiff,<br><br>   vs.<br><br>PenbenLA, a California entity, Equa Gaming, an Arizona general partnership, Victor Carrillo, an individual, Dana M. Brannnan, an individual, and DOES I-X,<br><br>          Defendants. | )<br>)<br>)<br>)<br>) Case No. CV-17-02492-PHX-DJH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEPOSITION OF
## MICHAEL HAND

**DATE:**         June 25, 2018

**REPORTER:**    Jennifer Porto

**LOCATION:**    888 South Figueroa Street
Suite 840
Los Angeles, California 90017



## HINES REPORTERS
### INTERNATIONAL TOWER
888 S. FIGUEROA STREET, SUITE 840, LOS ANGELES, CA 90017
866.432.4300

WWW.HINESREPORTERS.COM

1                    IN THE UNITED STATES DISTRICT COURT

2                       FOR THE DISTRICT OF ARIZONA

3

4    Wells Fargo Bank, N.A.,          )
                                      )
5              Plaintiff,             )
                                      )
6        vs.                          )    Case No.
                                      )    CV-17-02492-PHX-DJH
7    PenbenLA, a California entity,)
     Equa Gaming, an Arizona          )
8    general partnership,             )
     Victor Carrillo, an             )
9    individual, Dana M. Brannan,     )
     an Individual, and DOES I-X,    )
10                                    )
               Defendants.            )
11   _____)

12

13

14

15                       DEPOSITION OF

16                       MICHAEL HAND

17                       JUNE 25, 2018

18                        11:07 A.M.

19              888 SOUTH FIGUEROA STREET
                        SUITE 840
20            LOS ANGELES, CALIFORNIA 90017

21

22

23

24

25

```
 1    Deposition of MICHAEL HAND, called as a witness by the

 2    Plaintiff before JENNIFER PORTO, Certified Shorthand

 3    Reporter Number 14098, for the State of California, with

 4    principal office in the County of Los Angeles, commencing

 5    at 11:07 a.m., June 25, 2018, at 888 South Figueroa

 6    Street, Suite 840, Los Angeles, California 90017.

 7                              * * *

 8

 9    APPEARANCES OF COUNSEL:

10

11          For the Plaintiff WELLS FARGO BANK, N.A.:
                        DICKINSON WRIGHT, PLLC
12                      BY:  KATHERINE A. SANCHEZ, ESQ.
                        1850 NORTH CENTRAL AVENUE
13                      SUITE 1400
                        PHOENIX, ARIZONA 85004
14                      602-258-5066

15          For the Defendants PENBENLA, EQUA GAMING, VICTOR
            CARRILLO, DANA M. BRANNAN:
16                      LAW OFFICES OF SCOTT A. SWINSON
                        BY:  SCOTT A. SWINSON, ESQ.
17                      TELEPHONICALLY APPEARING
                        2400 EAST ARIZONA BILTMORE CIRCLE
18                      SUITE 1300
                        PHOENIX, ARIZONA 85016
19                      602-957-6740

20

21

22

23

24    Also present:

25    (None.)
```

1            likely to have discoverable

2            information relevant to any party's

3            claims or defenses, and provide a

4            fair description of the nature of

5            the information each such person is

6            believed to possess."

7     Q     Okay.  Do you understand what discoverable

8  information is?

9     A     I presume it means relevant to the lawsuit.

10    Q     Okay.  And persons in this sense refers not only

11  as to persons as individuals, but people and including

12  corporations.

13            Can you think of any corporations that might

14  have information about this case?

15    A     No.

16    Q     Okay.  Let's talk a little bit about the factual

17  underlyings of this case.

18            Did Ferruggio, doing business as PenbenLA, write

19  a check to Equa Gaming?

20    A     PenbenLA wrote a check to Equa Gaming.

21    Q     Was that check deposited at a Wells Fargo?

22    A     I believe it was.

23    Q     Did Wells Fargo credit Equa Gaming's account in

24  the amount of the check?

25    A     I don't know.

1    Q    Did Ferruggio, doing business as PenbenLA, stop

2    payment on that check?

3    A    Correct.  Yes.

4    Q    And what is Wells Fargo trying to recover from

5    Ferruggio or PenbenLA?

6    A    It appears to me that Wells Fargo is trying to

7    recover money that it gave to Equa Gaming in error.

8    Q    Okay.  In what amount?

9    A    I presume it is 100,000, but I don't know.

10   Q    Okay.  Your presumption is correct.

11        So based on those facts that we have just

12   discussed --

13   A    Uh-huh.

14   Q    -- what entities could have information about

15   those facts?

16   A    Well, Equa Gaming could.

17   Q    Okay.

18   A    And Wells Fargo could.

19   Q    Okay.  And anybody else?

20   A    (No Audible Response.)

21   Q    What about Ferruggio?

22   A    All the facts that Ferruggio has we have already

23   discussed.

24   Q    Right.  But Ferruggio would have information

25   about the case; correct?

Wells Fargo Bank, N.A., vs. PenbenLA                    Deposition of Michael Hand

```
 1        A      Yes.

 2        Q      Okay.  And was her position in March of 2016

 3   that of an account manager?

 4        A      Same.

 5        Q      Same?

 6        A      I think her actual title is account coordinator.

 7        Q      Okay.

 8        A      And that would have been the same then.

 9        Q      How long has Ms. Thompson been employed with

10   Ferruggio?

11        A      Four or five years.

12        Q      Okay.  And she is still employed by Ferruggio

13   today?

14        A      Correct.

15        Q      And this initial disclosure statement indicates

16   that Ms. Thompson prepared, signed, and deposited check

17   No. 2630.

18               Is that accurate?

19        A      I don't know what the check number was, but she

20   did prepare, sign, and deposit the check.

21        Q      And where did she deposit that check?

22        A      I am not certain, but I believe it was at Wells

23   Fargo.

24               MS. WRIGHT:  Okay.  All right.  Let's turn to

25   Exhibit 9.
```

1    A    I don't think so.

2    Q    How was the $120,000 of loan No. 5 funded?

3    A    So we must have done -- again, I don't have all

4  of the recollection here, but I am guessing that I

5  deposited 20,000 into Wells Fargo.  I wired -- I know

6  that I wired 100,000 on some number of days later,

7  whatever the Monday was -- the 14th or the 15th.

8    Q    Okay.  What account did you wire the $100,000

9  from?  Do you recall?

10   A    I don't.

11   Q    Okay.  And what was the purpose of the $100,000

12 check from PenbenLA to Equa Gaming?

13   A    So Victor called me, and said, Hey, I really

14 need the money today because I have an opportunity if I

15 can get the cash today -- this was on a Saturday, I

16 believe -- then I can get a little bit better pricing

17 from the seller.

18        So he says, Is there any chance that you can get

19 the money in today?

20        And I said, I can't wire it because my bank is

21 closed.  So I said, I don't think so, and we kicked

22 around different ideas.

23        And I said, Well, I can try to get you a check

24 today, but I doubt very much that it is going to clear

25 today, and so -- but if you want me to try, I will.  If

```
 1   that is the date that the check was written?

 2        A     I am guessing.  I don't know.

 3        Q     Okay.  And Exhibit 17, what is the date on that

 4   check?

 5        A     March 12th.

 6        Q     Okay.  And again, to the best of your knowledge,

 7   that is the date that the check was written?

 8        A     I believe so.

 9        Q     Okay.  And whose account were these checks

10   written on?

11        A     PenbenLA.

12        Q     Okay.  And just for clarity, that is Ferruggio

13   Insurance Services of L.A. doing business as PenbenLA?

14        A     Correct.

15        Q     Okay.  On what date was check March 11th -- I'm

16   sorry.  Strike that.

17              Exhibit 18, on what date was that delivered to

18   Equa Gaming?

19        A     I don't know.

20        Q     Okay.

21        A     I don't know that it was ever delivered to

22   Equa Gaming.  It might have been dropped off at Wells

23   Fargo.

24        Q     Okay.  And if you look at these Exhibits 17 and

25   18, there are little numbers in the bottom corner,
```

1    They do favors for me, so I think I can get this done.

2         So I said, Knock yourself out.

3         When he called me that night and said, I don't

4    have the money.

5         I said, okay.  I will stop payment, and I'll

6    replace it with the wire.

7    Q    Okay.  And that Monday you contacted, then,

8    Pacific Western Bank to stop payment on the check?

9    A    Correct.

10   Q    Did you contact Wells Fargo and request that it

11   not honor the checks?

12   A    I did not.  I didn't.

13   Q    Did any of your staff?

14   A    I don't believe so.

15   Q    Okay.

16   A    I don't think we knew that was necessary.  No

17   bank ever cashes or gives someone immediate credit for a

18   check.

19   Q    And check No. 2627, on what date did you ask

20   Pacific Western Bank not to honor that check?

21   A    I don't recall asking them to not honor that

22   check.

23   Q    Do you have any knowledge of how check 2627 or

24   check 2630 were delivered to Wells Fargo?

25   A    I do know about check 2630.  I don't know about

Exhibit D

# Wells Fargo Combined Statement of Accounts



Primary account number: ███74563 ▪ March 1, 2016 - March 31, 2016 ▪ Page 1 of 10

EQUA GAMING
1805 E ARABIAN DR
GILBERT AZ 85296-3222



### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (038)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Cash flow is one of the most critical components of success for a small or mid-sized business. Achieving a positive cash flow does not come by chance. Learn more about managing cash flow by visiting wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

# ☑ IMPORTANT ACCOUNT INFORMATION

Periodically, we may evaluate the timing of statements, monthly service fee assessment and interest payments to your accounts. We may adjust the timing in order to align your statement, monthly service fee assessment (if any) and interest payment dates with one another. You may receive a partial statement that reflects activity and interest payments from the last statement date to the date of the change. No monthly service fees will be assessed during a partial statement period and there will be no impact to your interest rate or compounding frequency.

WF-EQUAFD000109

Primary account number:  ████74583  ▪ March 1, 2016 - March 31, 2016  ▪ Page 2 of 10



## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Advantage Business Package Checking | 2 | 1228374583 | 287,150.02 | -75,278.39 |
| Business Market Rate Savings | 8 | 7782604842 | 554.76 | 0.01 |
| | | Total deposit accounts | $287,704.78 | -$75,278.38 |

## Advantage Business Package Checking

### Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $287,150.02 |
| Deposits/Credits | 737,673.44 |
| Withdrawals/Debits | - 1,100,101.85 |
| Ending balance on 3/31 | -$75,278.39 |
| Average ledger balance this period | $12,835.44 |

Account number:  ████4583

**EQUA GAMING**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████

For Wire Transfers use
Routing Number (RTN): ████

### Overdraft Protection
Your account is linked to the following for Overdraft Protection:
▪ Savings - 000007782604842

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Purchase authorized on 02/26 6235 Great Clips A Henderson NV S586059841630410 Card 5362 | | 26.00 | |
| 3/1 | | Purchase authorized on 02/29 Farmer Boy's - #10 Las Vegas NV S586059860435046 Card 5362 | | 21.79 | |
| 3/1 | | Recurring Transfer to Equa Gaming Business Market Rate Savings Ref #Opogfsfyh xxxxxx4842 | | 100.00 | |
| 3/1 | 5510 | Deposited OR Cashed Check | | 700.00 | |
| 3/1 | | Deposited OR Cashed Check | | 130,000.00 | |
| 3/1 | 6503 | Cashed Check | | 6,000.00 | |
| 3/1 | | Paypal Inst Xfer 160301 Southwest Victor Carrillo | | 281.98 | |
| 3/1 | | Paypal Inst Xfer 160301 Southwest Victor Carrillo | | 478.98 | |
| 3/1 | | Paypal Inst Xfer 160301 Southwest Victor Carrillo | | 300.00 | |
| 3/1 | 1608 | Check | | 2,000.00 | |
| 3/1 | 6511 | Check | | 6.15 | |
| 3/1 | | Paypal Inst Xfer 160301 Ubertechnol Victor Carrillo | | 6.15 | |
| 3/1 | | Paypal Inst Xfer 160301 Ubertechnol Victor Carrillo | | 6.15 | |
| 3/1 | | Paypal Inst Xfer 160301 Ubertechnol Victor Carrillo | | 16.83 | 148,233.16 |
| 3/2 | | Purchase authorized on 02/29 Suncoast SC Prime Las Vegas NV S586060168008783 Card 5362 | | 104.90 | |
| 3/2 | | Non-WF ATM Withdrawal authorized on 03/02 3001 North Almacompassban Chandler AZ 00586068285160039 ATM ID 0749 Card 3104 | | 204.00 | |
| 3/2 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |

Primary account number: ████ 4563   ■ March 1, 2016 - March 31, 2016   ■ Page 3 of 10



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Withdrawal Made In A Branch/Store | | 2,500.00 | |
| 3/2 | | State Farm Ro 27 Sfpp 24 S 1076855724 Victor Carrillo & Dan | | 583.15 | |
| 3/2 | | Massmutual Life Massmutual 0822643A 100302 Dana Brennan | | 801.04 | |
| 3/2 | | 2 West USA Prop Uabsnopt 10518 Dana Brennan | | 2,304.27 | |
| 3/2 | | | | 5,000.00 | |
| 3/2 | 4380 | Check | | 175.00 | 136,559.30 |
| 3/3 | 1509 | Check | | 43.84 | |
| 3/3 | | Purchase authorized on 03/02 Thrifty Car Rental Reno NV 8306062159974761 Card 5362 | | | |
| 3/3 | | Purchase authorized on 03/02 Circle K 05286 Gilbert AZ S386062832244166 Card 3104 | | 1.50 | |
| 3/3 | | Withdrawal Made In A Branch/Store | | 6.00 | |
| 3/3 | | Online Transfer to Carrillo V Complete Advantage(Rm) xxxxxx4321 Ref #Ibaxx7Xybl on 03/03/16 | | 1,200.00 | |
| 3/3 | | Withdrawal Made In A Branch/Store | | 3,500.00 | |
| 3/3 | | APB Apscom Ep 100303 xxxxx7287 Brennan | | 169.54 | |
| 3/3 | 4583 | Check | | 35,000.00 | 96,637.62 |
| 3/4 | | Edeposit IN Branch/Store 03/04/16 12:40:40 Pm 6885 E Lake Mead Blvd Las Vegas NV 6362 | 100,000.00 | | |
| 3/4 | | Deposit Made In A Branch/Store | 45,000.00 | | |
| 3/4 | | Wire Trans Svc Charge - Sequence: 160304144844 Srf# 0000157084930624 Trn#160304144844 Rfb# | | 30.00 | |
| 3/4 | | Wire Trans Svc Charge - Sequence: 160304145176 Srf# 0000157084796524 Trn#160304145176 Rfb# | | 30.00 | |
| 3/4 | | Purchase authorized on 03/02 Harrahs Reno Reno NV S386062192412861 Card 5362 | | 39.32 | |
| 3/4 | | WT Fed#05433 Bb&T Northern Flor /Ftr/Bnf=Rs Games LLC Srf# 0000157084930624 Trn#160304144844 Rfb# | | 60,000.00 | |
| 3/4 | | WT Fed#06401 Suntrust Bank /Ftr/Bnf=Manuel A Yanez Calvo Srf# 0000157084796524 Trn#160304145176 Rfb# | | 60,000.00 | |
| 3/4 | | Paypal Inst Xfer 160304 Southwest Victor Carrillo | | 227.99 | |
| 3/4 | | Paypal Inst Xfer 160304 Southwest Victor Carrillo | | 384.48 | |
| 3/4 | 6508 | Check | | 5,000.00 | |
| 3/4 | † | Merchant Issued Payment Card - Green Valley Ran Echeck 160303 Purll: 001014431 759289 2300 Pasco Verde Parkwa Henderson NV | | 1,000.00 | 119,945.74 |
| 3/7 | | Edeposit IN Branch/Store 03/05/16 04:24:44 Pm 6885 E Lake Mead Blvd Las Vegas NV 4583 | 97,500.00 | | |
| 3/7 | | WT Fed#02792 Bank of America, N /Org=David Haring Inc. Srf# 2016030700050485 Trn#160307009401 Rfb# Zqhh5Xq4Z | 29,700.00 | | |
| 3/7 | | WT Fed#00587 Td Bank, NA /Org=Avana Solutions Limited Liabilit Srf# 160307099304H200 Trn#160307036735 Rfb# | 10,900.00 | | |
| 3/7 | | WT Seq147287 WF Return Wires IN Proc /Org= Srf# 2016030700126787 Trn#160307147287 Rfb# | 49,950.00 | | |
| 3/7 | | Wire Trans Svc Charge - Sequence: 160307009401 Srf# 2016030700050485 Trn#160307009401 Rfb# Zqhh5Xq4Z | | 15.00 | |
| 3/7 | | Wire Trans Svc Charge - Sequence: 160307036735 Srf# 160307099304H200 Trn#160307036735 Rfb# | | 15.00 | |
| 3/7 | | Purchase authorized on 03/04 IN *Superstition B 480-4435050 AZ S386064788673076 Card 3104 | | 225.35 | |
| 3/7 | | Recurring Payment authorized on 03/05 Fedex 421738841 800-4633339 TN 8586085530696535 Card 3104 | | 35.96 | |
| 3/7 | | Online Transfer to Carrillo V Complete Advantage(Rm) xxxxxx4321 Ref #Ibc6Mw2TX2 on 03/05/16 | | 1,200.00 | |
| 3/7 | | Purchase authorized on 03/05 Sams Club #6241 Scottsdale AZ S285005642290342 Card 3104 | | 15.89 | |
| 3/7 | 6506 | Cashed Check | | 6,900.00 | |
| 3/7 | | WT Fed#07859 Pacific Western Ba /Ftr/Bnf=Alternative Source Funding Srf# 0007406067385434 Trn#160307082683 Rfb# | | 100,000.00 | |
| 3/7 | | Online Transfer to Carrillo V Complete Advantage(Rm) xxxxxx4321 Ref #Iber582Hhn on 03/07/16 | | 6,000.00 | |
| 3/7 | | Withdrawal Made In A Branch/Store | | 5,000.00 | |

WF-EQUAFD000111

Primary account number: ████ 4583   ■ March 1, 2016 - March 31, 2016   ■ Page 4 of 10



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 3/7 | | WT Fed#01222 Jpmorgan Chase Ban /Flr/Bnf=SolU Entertainme Srf# 6007406067545734 Trn#160307113087 Rfb# | | 50,000.00 | |
| 3/7 | 4587 | Deposited OR Cashed Check | | 13,250.00 | |
| 3/7 | | Bill Pay Qwest Residentia on-Line xxxxxxxxx2034B on 03-07 | | 19.17 | |
| 3/7 | | Bill Pay Credit One Bank on-Line Xxxxxxxxxxx39307 on 03-07 | | 94.00 | |
| 3/7 | | Bill Pay Verizon Wireless on-Line xxxxxxxxxx00001 on 03-07 | | 475.00 | |
| 3/7 | | Bill Pay Asc on-Line xxxxx02169 on 03-07 | | 2,070.00 | |
| 3/7 | | Worldwide Expres Cash C&D W201299885 Equagaming | | 4,250.00 | |
| 3/7 | 4586 | Check | | 2,965.00 | 118,265.37 |
| 3/8 | | Purchase Return authorized on 03/06 The Home Depot 331 Las Vegas NV S816088549852056 Card 5362 | 108.13 | | |
| 3/8 | | WT Fed#04041 Jpmorgan Chase Ban /Org=Lawrence Montalto Srf# 3699900088Es Trn#160308043176 Rfb# Dcd of 16/03/08 | 20,000.00 | | |
| 3/8 | | WT Fed#00997 Jpmorgan Chase Ban /Org=Lawrence Montalto Aka Lance Srf# 3668200088Es Trn#160308100282 Rfb# Poh of 16/03/08 | 20,000.00 | | |
| 3/8 | | Wire Trans Svc Charge - Sequence: 160308043176 Srf# 3699900088Es Trn#160308043176 Rfb# Dcd of 16/03/08 | | 15.00 | |
| 3/8 | | Wire Trans Svc Charge - Sequence: 160308100282 Srf# 3668200088Es Trn#160308100282 Rfb# Poh of 16/03/08 | | 15.00 | |
| 3/8 | | Purchase authorized on 03/06 The Home Depot 331 Las Vegas NV S306086660360374 Card 5362 | 108.13 | | |
| 3/8 | | Recurring Payment authorized on 03/07 Fedex 421837521 800-4633339 TN S580087527342096 Card 3104 | | 60.48 | |
| 3/8 | | Withdrawal Made In A Branch/Store | | 5,000.00 | |
| 3/8 | 2602 | Check | | 50,000.00 | 101,154.88 |
| 3/9 | | Deposit Made In A Branch/Store | 20,000.00 | | |
| 3/9 | | Purchase authorized on 03/08 Costco Gas #0481 Gilbert AZ P00386066952680667 Card 3104 | | 28.53 | |
| 3/9 | 8013 | Cashed Check | | 6,000.00 | |
| 3/9 | | Commercial Prope Rental xxxxx5611 Carlito Victor Branna | | 2,831.47 | |
| 3/9 | | Paypal Inst Xfer 160309 Uberlechacl Victor Carrillo | | 20.01 | |
| 3/9 | 5509 | Check | | 5,000.00 | |
| 3/9 | 5505 | Check | | 5,000.00 | |
| 3/9 | 5502 | Check | | 5,000.00 | 97,274.87 |
| 3/10 | | Wire Trans Svc Charge - Sequence: 160310072684 Srf# 0002193070844584 Trn#160310072684 Rfb# | | 30.00 | |
| 3/10 | | WT Fed#07860 Pacific Western Ba /Flr/Bnf=Alternative Source Funding Srf# 0002193070844584 Trn#160310072684 Rfb# | | 28,000.00 | |
| 3/10 | 8012 | Cashed Check | | 2,000.00 | |
| 3/10 | 6844 | Deposited OR Cashed Check | | 16,000.00 | |
| 3/10 | | Paypal Inst Xfer 160310 Southwest Victor Carrillo | | 239.98 | 59,004.89 |
| 3/11 | | Edeposit IN Branch/Store 03/11/16 10:17:38 Am 5899 Green Valley Cir Culver City CA 4583 | 20,000.00 | | |
| 3/11 | | Purchase authorized on 03/10 Cox*Las Vegas Comm 702-383-4000 NV S306070484566054 Card 5362 | | 1,262.03 | |
| 3/11 | | Online Transfer to Carrillo V Complete Advantage(Rm) xxxxxx4321 Ref #Ibe5Qw683M on 03/11/16 | | 3,000.00 | |
| 3/11 | | Paypal Inst Xfer 160311 Uberlechacl Victor Carrillo | | 20.38 | |
| 3/11 | 4361 | Check | | 6,000.00 | |
| 3/11 | 4382 | Check | | 5,000.00 | 64,722.48 |
| 3/14 | | Edeposit IN Branch/Store 03/12/16 02:37:03 Pm 5899 Green Valley Cir Culver City CA 4583 | 100,000.00 | | |
| 3/14 | | Edeposit IN Branch/Store 03/12/16 03:37:16 Pm 6885 E Lake Mead Blvd Las Vegas NV 4583 | 60,000.00 | | |
| 3/14 | | WT Fed#06059 Pacific Western Ba /Org=Alternative Source Funding LLC Srf# 20160740036600 Trn#160314089981 Rfb# | 100,000.00 | | |
| 3/14 | | Wire Trans Svc Charge - Sequence: 160314089981 Srf# 20160740036600 Trn#160314089981 Rfb# | | 15.00 | |
| 3/14 | | Purchase authorized on 03/10 Grn Valley Steakho Henderson NV 8586071199015487 Card 5362 | | 217.77 | |
| 3/14 | 1008 | Cashed Check | | 4,500.00 | |

Primary account number: 4583  ■ March 1, 2016 - March 31, 2016  ■ Page 5 of 10


WELLS FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/14 | 1015 | Cashed Check | | 9,500.00 | |
| 3/14 | 2001 | Cashed Check | | 40,000.00 | |
| 3/14 | 2003 | Cashed Check | | 9,900.00 | |
| 3/14 | | Purchase authorized on 03/13 Starbucks #05635 L Las Vegas NV S306073894227152 Card 5362 | | 14.71 | |
| 3/14 | | Purchase authorized on 03/13 Circle K 09174 Scottsdale AZ S586073790980584 Card 3104 | | 21.02 | |
| 3/14 | 1003 | Cashed Check | | 2,000.00 | |
| 3/14 | | Paypal Inst Xfer 160312 Southwest Victor Carrillo | | 6.50 | |
| 3/14 | | Paypal Inst Xfer 160313 Ubertechnol Victor Carrillo | | 19.15 | |
| 3/14 | | Paypal Inst Xfer 160313 Ubertechnol Victor Carrillo | | 76.50 | |
| 3/14 | | Paypal Inst Xfer 160314 Ubertechnol Victor Carrillo | | 15.50 | |
| 3/14 | | Paypal Inst Xfer 160314 Ubertechnol Victor Carrillo | | 19.73 | |
| 3/14 | | Paypal Inst Xfer 160314 Ubertechnol Victor Carrillo | | 2,200.00 | |
| 3/14 | 1510 | Check | | 18.48 | 258,199.02 |
| 3/15 | | Paypal Inst Xfer 160314 Ubertechnol Victor Carrillo | | 30.00 | |
| 3/15 | | Wire Trans Svc Charge - Sequence: 160315163355 Srf# 0000573075182605 Trn#160315163355 Rfb# | | 30.00 | |
| 3/15 | | Wire Trans Svc Charge - Sequence: 100315163600 Srf# 0000573075502805 Trn#160315163600 Rfb# | | 64.54 | |
| 3/15 | | Recurring Payment authorized on 03/14 Fedox 422398013 800-4633339 TN S466072533463459 Card 3104 | | 475.00 | |
| 3/15 | | Purchase authorized on 03/13 Uhl*U-Haul-Pg-H-Ro Sparks NV S16607371404737 Card 5362 | | 68.40 | |
| 3/15 | | Purchase authorized on 03/13 Cosmopolitan 24 Hr Las Vegas NV S486074045913100 Card 5362 | | 100,000.00 | |
| 3/15 | | WT Fed#06726 Bank of Tha West (/Ftr/Bnf=Casino Glass and Parts Worldwide Srf# 0000573075182805 Trn#160315163355 Rfb# | | 35,000.00 | |
| 3/15 | | WT Fed#06740 Bank of America, N/Ftr/Bnf=David Hering Inc Srf# 0000573075502805 Trn#160315163600 Rfb# | | 30,000.00 | |
| 3/15 | 2017 | Cashed Check | | 10,000.00 | |
| 3/15 | 2016 | Cashed Check | | 35,000.00 | |
| 3/15 | 2015 | Cashed Check | | 10,000.00 | |
| 3/15 | | Withdrawal Made In A Branch/Store | | 47.20 | |
| 3/15 | | Srp Suepay 160311 xxxxx5007 Brannan Dane M | | 6,000.00 | |
| 3/15 | | Worldwide Express Cash Cid W201209505 Equegaming | | 239.98 | |
| 3/15 | | Paypal Inst Xfer 160315 Southwest Victor Carrillo | | 455.56 | 25,787.56 |
| 3/15 | | Paypal Inst Xfer 160315 Southwest Victor Carrillo | | 12.00 | |
| 3/16 | | Cashed/Deposited Item Rstn Unpaid Fee | | 100,000.00 | |
| 3/16 | | Deposited Item Rstn Unpaid - Paper 160316 | | 36.68 | |
| 3/16 | | Purchase authorized on 03/14 U-Haul-Gilbert Gilbert AZ S006074792439531 Card 3104 | | 211.60 | |
| 3/16 | | Purchase authorized on 03/14 Grn Valley Steakho Henderson NV S466075141395402 Card 5362 | | 22.04 | |
| 3/16 | | Purchase authorized on 03/14 Grn Valley Steakho Henderson NV S386075141885654 Card 5362 | | 61.68 | |
| 3/16 | | Purchase authorized on 03/16 Chevron 0373471 Wikieup AZ S306076713970375 Card 5362 | | 15.00 | |
| 3/16 | | Purchase authorized on 03/16 Panda Express 813 Gilbert AZ S366076068094860 Card 5362 | | 239.98 | |
| 3/16 | | Paypal Inst Xfer 160316 Southwest Victor Carrillo | | 62,100.00 | |
| 3/16 | 5924 | Check | | | |
| 3/16 | | Overdraft Protection From 7782604842 | 554.76 | | -138,278.43 |
| 3/17 | | Check Reversal | 62,100.00 | | |
| 3/17 | | Preauthorized Debit Reversal | 239.98 | | |
| 3/17 | | NSF Return Item Fee for a Transaction Received on 03/16 $239.98 Paypal Inst Xfer 160316 Southwest Victor Carrillo | | 35.00 | |
| 3/17 | | NSF Return Item Fee for a Transaction Received on 03/16 $62,100.00 Check # 05924 | | 35.00 | |
| 3/17 | | Overdraft Fee for a Transaction Posted on 03/16 $100,000.00 Deposited Item Rstn Unpaid - Paper 160316 | | 35.00 | |

WF-EQUAFD000113

Primary account number: ████4583   ◼ March 1, 2016 - March 31, 2016   ◼ Page 6 of 10



**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/17 | | Overdraft Fee for a Transaction Posted on 03/16 $38.66 Purchase Authori Zed on 03/14 U-Haul-Gilbert Gilbert | | 35.00 | |
| 3/17 | | Overdraft Fee for a Transaction Posted on 03/16 $211.69 Purchase Authori Zed on 03/14 Gm Valley Steakho Henderso | | 35.00 | |
| 3/17 | | Overdraft Fee for a Transaction Posted on 03/16 $22.04 Purchase Authori Zed on 03/14 Gm Valley Steakho Henderso | | 35.00 | |
| 3/17 | | Overdraft Fee for a Transaction Posted on 03/16 $81.68 Purchase Authori Zed on 03/15 Chevron 0373471 Wikieup | | 35.00 | |
| 3/17 | | Overdraft Fee for a Transaction Posted on 03/16 $15.00 Purchase Authori Zed on 03/15 Panda Express 810 Gilbert | | 35.00 | |
| 3/17 | | Purchase authorized on 03/15 Rebel #2169 Boulder City NV 85860765561161198 Card 6362 | | 32.44 | |
| 3/17 | | APS Billing 160317 xxxxx6284 Dana Brennan | | 129.87 | -74,360.76 |
| 3/18 | | Preauthorized Debit Reversal | 129.87 | | |
| 3/18 | | NSF Return Item Fee for a Transaction Received on 03/17 $129.87 APS Billing 160317 xxxxx6 284 Dana Brennan | | 35.00 | |
| 3/18 | | Overdraft Fee for a Transaction Posted on 03/17 $32.44 Purchase Authori Zed on 03/15 Rebel #2169 Boulder | | 35.00 | |
| 3/18 | | Purchase Return authorized on 03/16 Rio Suites Front D 6662094732 NV 561667855367566 4 Card 6362 | 156.80 | | |
| 3/18 | | Purchase authorized on 03/16 Rio Suites Advance 866-209-4732 NV S3860764950525524 Card 6362 | | 156.80 | |
| 3/18 | | Paypal Inst Xfer 160318 Southwest Victor Carrillo | | 269.98 | |
| 3/18 | | Paypal Inst Xfer 160318 Southwest Victor Carrillo | | 531.96 | |
| 3/18 | | Paypal Inst Xfer 160318 Southwest Victor Carrillo | | 531.96 | -75,654.78 |
| 3/21 | | Preauthorized Debit Reversal | 269.98 | | |
| 3/21 | | Preauthorized Debit Reversal | 531.96 | | |
| 3/21 | | Preauthorized Debit Reversal | 531.96 | | |
| 3/21 | | NSF Return Item Fee for a Transaction Received on 03/18 $269.98 Paypal Inst Xfer 160318 Southwest Victor Carrillo | | 35.00 | |
| 3/21 | | NSF Return Item Fee for a Transaction Received on 03/18 $531.96 Paypal Inst Xfer 160318 Southwest Victor Carrillo | | 35.00 | |
| 3/21 | | NSF Return Item Fee for a Transaction Received on 03/18 $531.96 Paypal Inst Xfer 160318 Southwest Victor Carrillo | | 35.00 | |
| 3/21 | | Overdraft Fee for a Transaction Posted on 03/18 $156.80 Purchase Authori Zed on 03/16 Rio Suites Advance 866-209- | | 35.00 | -74,460.69 |
| 3/31 | | Cash Deposited Fee | | 817.50 | -75,278.39 |
| Ending balance on 3/31 | | | | | -75,278.39 |
| **Totals** | | | **$737,673.44** | **$1,100,101.85** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

† *Merchant-Issued Payment Card: This transaction is related to a purchase(s) made using a merchant-issued payment card. The date the merchant submitted the transaction to Wells Fargo may not be the date the transaction was conducted.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | 3/1 | 130,000.00 | 2003 | 3/14 | 9,900.00 | 4587 | 3/7 | 13,250.00 |
| 1003 | 3/14 | 2,050.00 | 2015 * | 3/15 | 35,000.00 | 5502 * | 3/9 | 5,000.00 |
| 1006 * | 3/14 | 4,500.00 | 2016 | 3/15 | 10,000.00 | 5503 | 3/1 | 5,000.00 |
| 1015 * | 3/14 | 9,500.00 | 2017 | 3/16 | 30,000.00 | 5505 * | 3/9 | 5,000.00 |
| 1608 * | 3/1 | 300.00 | 4380 * | 3/2 | 5,000.00 | 5506 | 3/4 | 5,000.00 |
| 1609 | 3/2 | 175.00 | 4381 | 3/11 | 5,000.00 | 5508 * | 3/7 | 5,000.00 |
| 1810 | 3/14 | 2,200.00 | 4382 | 3/11 | 5,000.00 | 5509 | 3/9 | 5,000.00 |
| 2001 * | 3/14 | 40,000.00 | 4583 * | 3/3 | 35,000.00 | 5510 | 3/1 | 700.00 |
| 2002 | 3/8 | 50,000.00 | 4586 * | 3/7 | 2,985.00 | 5511 | 3/1 | 2,000.00 |

WF-EQUAFD000114

Primary account number:  4583 ■ March 1, 2016 - March 31, 2016 ■ Page 7 of 10



## Summary of checks written (continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 5924 * | 3/16 | 62,100.00 | 8012 * | 3/10 | 2,000.00 | 8013 | 3/9 | 6,000.00 |
| 8644 * | 3/10 | 15,000.00 | | | | | | |

* Gap in check sequence.

## Items returned unpaid

| Date | Description | | Amount |
|---|---|---|---|
| 3/17 | Paypal Inst Xfer 160316 Southwest Victor Carriso  Reference # | 091000013667791 | 239.96 |
| 3/17 | Check Reference # 000073050006617445259 | | 62,100.00 |
| 3/18 | APS Billing 160317 xxxxx8284 Dana Brannan Reference # | 021000024682402 | 129.87 |
| 3/21 | Paypal Inst Xfer 160318 Southwest Victor Carriso  Reference # | 091000012454149 | 269.96 |
| 3/21 | Paypal Inst Xfer 160318 Southwest Victor Carriso  Reference # | 091000012463835 | 531.96 |
| 3/21 | Paypal Inst Xfer 160318 Southwest Victor Carriso  Reference # | 091000012464624 | 531.96 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2016 - 03/31/2016 | Standard monthly service fee $8.00 | You paid $0.00 |
|---|---|---|

The bank has waived the package requirements for this fee period. For the next fee period, you need to complete the package requirements.

| How to avoid the monthly service fee  (complete 1 AND 2) | Minimum required | This fee period |
|---|---|---|
| 1) Have any ONE of the following account requirements | | |
| · Average ledger balance | $6,000.00 | $12,835.00 ☑ |
| · Total automatic transfers to an eligible Wells Fargo business savings account | $25.00 | $100.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $6,000.00 | ☑ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance of Wells Fargo business credit cards, Wells Fargo Business Secured Credit Card, BusinessLine® line of credit, Wells Fargo Small Business Advantage® line of credit, Working Capital Line of Credit, Advancing Term Line of Credit, and BusinessLoan® term loan | | |
|   - Combined average daily balances from the previous month for Wells Fargo Business PrimeLoan™, Commercial Equity Loan, Commercial Refinance Loan, Commercial Purchase Loan, Commercial Equity Line of Credit, Small Business Advantage® loan, Equipment Express® loan, and Equipment Express® Single Event loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☐ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
WGWG

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 277,500 | 5,000 | 272,500 | 0.0030 | 817.50 |
| Transactions | 87 | 150 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $817.50 |

Sheet Seq • 0100848
Sheet 00004 of 00005

Primary account number: ▮▮▮6374583 ▪ March 1, 2016 - March 31, 2016 ▪ Page 8 of 10



 IMPORTANT ACCOUNT INFORMATION

**Overdraft Fee Waiver Clarification:** We will waive any overdraft fees if both your ending daily account balance (posted balance) and your available balance (which includes pending transactions) are overdrawn by $5 or less and there are no items (columns for insufficient funds at the end of our nightly processing. This fee waiver is associated with the total overdrawn balance, not the dollar size of the transaction(s) contributing to the overdrawn balance. To find out more about online banking tools that Wells Fargo offers to help you manage and track your spending, visit wellsfargo.com/biz/online_banking. For additional information, see your Account Agreement, speak with a local banker, or call the phone number on the top of your statement.

## Business Market Rate Savings

### Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $554.76 |
| Deposits/Credits | 100.01 |
| Withdrawals/Debits | - 654.76 |
| Ending balance on 3/31 | $0.01 |
| | |
| Average ledger balance this period | $316.81 |

**Account number:** 7762604842

**EQUA GAMING**

*Arizona account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $316.81 |
| Annual percentage yield earned | 0.04% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.04 |
| Total interest paid in 2016 | $0.07 |

### Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 3/1 | Recurring Transfer From Equa Gaming Business Checking Ref #Opagbdjyh xxxxxx4583 | 100.00 | | 654.76 |
| 3/17 | • Overdraft Protection to 1226374583 | | 654.76 | 0.00 |
| 3/31 | Interest Payment | 0.01 | | 0.01 |
| Ending balance on 3/31 | | | | 0.01 |
| **Totals** | | **$100.01** | **$654.76** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

• Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.

WF-EQUAFD000116

Primary account number: 74583   ■ March 1, 2016 - March 31, 2016   ■ Page 9 of 10



## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/01/2016 - 03/31/2016 | Standard monthly service fee $8.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average collected balance | $500.00 | $317.00 ☐ |
| · Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $100.00 ☑ |
| vore | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Deposited items | 0 | 20 | 0 | 0.50 | 0.00 |
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Total service charges | | | | | $817.50 |

Sheet Seq = 0108849
Sheet 00005 of 00005

WF-EQUAFD000117

Primary account number: 583  ▪ March 1, 2016 - March 31, 2016  ▪ Page 10 of 10



## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance shown on your statement . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ _____
$ _____
$ _____
+ $ _____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.  NMLSR ID 399801